# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IZA DIZENGOFF and BETSY DIZENGOFF,: | | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:18-CV-940 |
| v. | : | |
| | : | |
| HINE BUILDERS, LLC, | : | JUNE 8, 2018 |
| Defendant. | : | |

## ORDER TO SHOW CAUSE

Defendant Hine Builders, LLC is hereby Ordered to Show Cause why the plaintiffs' Motion to Vacate or Modify Arbitration Award (Doc. No. 1) should not be granted. The defendant shall file and serve any written opposition with the Clerk of the United States District Court, District of Connecticut, at 141 Church Street, New Haven, Connecticut, 06510, on or before July 9, 2018.

The court further orders that the plaintiffs shall make service of this Order and all related papers upon the defendant on or before June 15, 2018.

**SO ORDERED.**

Dated at New Haven, Connecticut this 8th day of June, 2018.

/s/ Janet C. Hall         
Janet C. Hall
United States District Judge